UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| BRANDON PRYOR,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS; SUPERINTENDENT ALEX MARRERO, in his individual and official capacities; and DEPUTY SUPERINTENDENT ANTHONY SMITH, in his individual and official capacities,<br><br>    Defendants-Appellants. | Case No. 23-1000 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS, SUPERINTENDENT ALEX MARRERO, AND DEPUTY SUPERINTENDENT ANTHONY SMITH

certifies as follows:

    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

    X There is no information to disclose pursuant to Fed. R. App. P. 26.1.

Date:   January 17, 2023

*s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Jared R. Ellis, Esq.
Katherine N. Hoffman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
Fax:  (303) 628-3368
ringela@hallevans.com
ellisj@hallevans.com
hoffmank@hallevans.com

**Attorneys for Appellees**

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                      [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

January 17, 2023_____
Date

 *s/ Andrew D. Ringel*_____
Andrew D. Ringel, Esq.